**E-FILED**
Thursday, 24 March, 2005  01:57:38 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| HELEN M BARLOW           )  | | |
|           Plaintiff           ) | | |
|                                   ) | | |
|    vs.                          ) | Case No. | 03-4038 |
|                                   ) | | |
| USA                           ) | | |
|           Defendant        ) | | |

**ORDER FOLLOWING REPORT OF SETTLEMENT**

This case has been reported settled by the parties.  The parties are hereby directed to file with the court, within thirty-five (35) days of the date of this order, a stipulation of dismissal and a dismissal order.

All timetables and scheduled hearings in this case are cancelled until further notice.

ENTER this 22nd day of March, 2005.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE