E-FILED
Wednesday, 13 April, 2005  11:23:16 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

HELEN M. BARLOW, )
)
          Plaintiff, )
)
vs. ) No. 03-4038
)
UNITED STATES OF AMERICA, )
)
          Defendant. )

## STIPULATION TO DISMISS

HELEN M. BARLOW and UNITED STATES OF AMERICA, by and through their respective attorneys, hereby stipulate to the dismissal with prejudice of the above-referenced litigation, with each party to bear its own costs and attorney's fees incurred in the litigation.

AGREED AND STIPULATED TO BY:

HELEN M. BARLOW

By _____
One of Her Attorneys

UNITED STATES OF AMERICA

By _____
One of Its Attorneys

Robert Lindstrom, For
(ARDC No. 01668552)
MUSTAIN LINDSTROM & HENSON
Attorneys for Helen M. Barlow
1865 North Henderson Street
Suite 11B
Galesburg, IL 61401
Telephone: (309) 344-5252
Facsimile: (309) 344-3939
Email: rlindstrom@grics.net
Ron-Chris\barlow-us.stipulation.dismiss.wpd